FOX ROTHSCHILD LLP
Daniel A. Schnapp (DS 3484)
100 Park Avenue, Suite 1500
New York, New York 10016
(212) 878-7900
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL S. ARIO, in his official capacity as Acting Insurance Commissioner of the Commonwealth of Pennsylvania, as statutor Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br>1311 Strawberry Square<br>Harrisburg, Pennsylvania 17120<br><br>                    Plaintiff,<br><br>       v.<br><br>NOVAPRO RISK SOLUTIONS, LP f/k/a WARD NORTH AMERICA HOLDING, INC. d/b/a WARD NORTH AMERICA, INC.<br>401 West "A" Street, Suite 1400<br>San Diego, CA 92101<br><br>                    Defendant. | **Civil Action No.**<br><br>**PLAINTIFF'S RULE 7.1<br>DISCLOSURE STATEMENT** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Joel S. Ario, in his official capacity as Acting Insurance Commissioner of the Commonwealth of Pennsylvania, as statutory Liquidator of RELIANCE INSURANCE COMPANY ("the Company") discloses that no publicly held corporation holds any of the Company's stock.

Dated: September 28, 2007
New York, New York

                              FOX ROTHSCHILD LLP

By: _____
Daniel A. Schnapp (DS 3484)
100 Park Avenue
Suite 1500
New York, New York 10017
(212) 878-7900
*Attorneys for Joel S. Ario, in his official capacity as Acting Insurance Commissioner of the Commonwealth of Pennsylvania, as Statutory Liquidator of Reliance Insurance Company (In Liquidation)*

Gerald E. Arth*
Cheryl A. Garber*
FOX ROTHSCHILD LLP
2000 Market Street, Tenth Floor
Philadelphia, Pennsylvania 19103
(215) 299-2000
*\*Seeking admission pro hac vice*

2

RL1 613722v1 09/27/07