UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------- x

JOEL S. ARIO, in his official capacity as Acting
Insurance Commissioner of the Commonwealth of
Pennsylvania, as statutor Liquidator of Reliance
Insurance Company (in Liquidation),

           Plaintiff,

      -against-

NOVAPRO RISK SOLUTIONS, L.P., formerly known
as Ward North America Holding, Inc. d/b/a Ward
North America, Inc.,

           Defendant.

------------------------------------- x

07 Civ. 8452 (BSJ) (AJP)

ORDER

**ANDREW J. PECK, United States Magistrate Judge:**

    This case has been referred to me by Judge Jones for general pretrial purposes.

    The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter.

    As soon as defendant has responded to the complaint or counsel for defendant has appeared, whichever first occurs, the parties shall call my secretary (at 212-805-0036) to schedule the Initial Pretrial Conference. Plaintiff is to serve defendant by January 28, 2008 (120 days after September 28, 2007).

    Plaintiff is to serve this Order on defendant or defendant's counsel.

C:\ORD\Referral Notice

2

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED: New York, New York
November 14, 2007

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Daniel A. Schnapp, Esq.
Judge Barbara S. Jones

C:\ORD\Referral Notice