UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL S. ARIO, in his official capacity as Acting Insurance Commissioner of the Commonwealth of Pennsylvania, as statutor Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) 1311 Strawberry Square Harrisburg, Pennsylvania 17120<br><br>                    Plaintiff,<br><br>        v.<br><br>NOVAPRO RISK SOLUTIONS, LP f/k/a WARD NORTH AMERICA HOLDING, INC. d/b/a WARD NORTH AMERICA, INC. 401 West "A" Street, Suite 1400 San Diego, CA 92101<br><br>                    Defendant. | Civil Action No. 07-cv-8452<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

TO:   Counsel on the Attached Service List

**PLEASE TAKE NOTICE** that upon the annexed affidavit of John A. Wait in support of this motion, the annexed Certificates of Good Standing annexed thereto, the undersigned will move this Court before the Honorable Barbara S. Jones at the United States Courthouse for the Southern District of New York, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Courts for the Eastern and Southern Districts of New York, for an Order allowing the admission of Cheryl Garber, a member of the firm of Fox Rothschild LLP, 2700 Kelly Road, Suite 300, Warrington, PA 18976, telephone number (215)345-7500, email address cgarber@foxrothschild.com, and a member in good standing of the Bars of the States of New Jersey and Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

FOX ROTHSCHILD LLP

John A. Wait, Esquire (JW 2558)

NY1 63571v1 11/15/07

100 Park Avenue, Suite 1500
New York, NY 10017
212-878-7900; Fax. 212-692-0940
jwait@foxrothschild.com

## SERVICE LIST

Joan M. Gilbride, Esq.
Kaufman, Borgeest & Ryan LLP
99 Park Avenue, 19th Fl.
New York, NY 10016

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOEL S. ARIO, in his official capacity as : 
Acting Insurance Commissioner of the :
Commonwealth of Pennsylvania, as statutor :
Liquidator of RELIANCE INSURANCE : Civil Action No. 07-cv-8452
COMPANY (IN LIQUIDATION) :
1311 Strawberry Square : **AFFIDAVIT IN SUPPORT**
Harrisburg, Pennsylvania 17120 : **OF MOTION TO ADMIT**
: **COUNSEL *PRO HAC VICE***
                Plaintiff, :
:
        v. :
:
NOVAPRO RISK SOLUTIONS, LP f/k/a :
WARD NORTH AMERICA HOLDING, :
INC. d/b/a WARD NORTH AMERICA, :
INC. :
401 West "A" Street, Suite 1400 :
San Diego, CA 92101 :

                Defendant.

State of New York  )
                    ) ss:
County of New York )

    John A. Wait, being duly sworn, hereby deposes and says as follows:

1. I am an associate at the law firm of Fox Rothschild, LLP, counsel for Plaintiff in the above captioned action, and am a member in good standing of the Bar of the State of New York. I was admitted to practice law in the State of New York in 2006. I am also admitted to the Bar of the United States District Courts for the Eastern and Southern District of New York, and am a member in good standing with those Courts.

2. I am pleased to move for admission *pro hac vice* Cheryl Garber, Esquire, an associate at the law firm of Fox Rothschild, LLP, a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and an exemplary attorney. I have known Cheryl Garber for three years.

3. Annexed hereto as Exhibit A and Exhibit B are the Certificates of Good Standing from the Commonwealth of Pennsylvania and the State of New Jersey.

NY1 63571v1 11/15/07

4. There are no pending disciplinary proceedings against Cheryl Garber in any State or Federal court.

5. Wherefore I respectfully submit that Cheryl Garber be permitted to appear as counsel and advocate *pro hac vice* in this one case.

FOX ROTHSCHILD LLP

John A. Wait, Esquire (JW 2558)
100 Park Avenue, Suite 1500
New York, NY 10017
212-878-7900; Fax. 212-692-0940
jwait@foxrothschild.com



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Cheryl Ann Garber, Esq.*

#### DATE OF ADMISSION

#### *October 27, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 22, 2007

Patricia A. Johnson
Chief Clerk

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

*Cheryl A. Garber*

was duly admitted to practice in said Court as of December 30, 1999, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: October 23, 2007

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutor
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)
1311 Strawberry Square
Harrisburg, Pennsylvania 17120

     Plaintiff,

  v.

NOVAPRO RISK SOLUTIONS, LP f/k/a
WARD NORTH AMERICA HOLDING,
INC. d/b/a WARD NORTH AMERICA,
INC.
401 West "A" Street, Suite 1400
San Diego, CA 92101

     Defendant.

Civil Action No. 07-cv-8452

**ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE* ON WRITTEN MOTION**

  Upon the motion of John A. Wait, attorney for Plaintiff, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that
Cheryl Garber
Fox Rothschild LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
(215)345-7500
cgarber@foxrothschild.com

is admitted to practice *pro hac vice* as counsel for the Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York:

               _____
               United States District Judge

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

HEATHER WRENN, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and employed by Fox Rothschild LLP.

On November 16, 2007, I served a true copy of the within **Notice of Motion for Leave for Cheryl Garber to Appear Pro Hac Vice** by causing such document to be delivered via First Class Mail to:

> Joan M. Gilbride, Esq.
> Kaufman, Borgeest & Ryan LLP
> 99 Park Avenue, 19th Fl.
> New York, NY 10016

_____
HEATHER WRENN

Sworn to before me this
16th day of November, 2007

_____
Notary Public

MELISSA A. YOUNGMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02YO6120637
Qualified in New York County
My Commission Expires December 27, 2008

NY1 71841v1 11/16/07