Jones, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutory
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION),

                              Plaintiff,

- against -

NOVAPRO RISK SOLUTIONS, LP f/k/a
WARD NORTH AMERICA HOLDING, INC.
d/b/a WARD NORTH AMERICA, INC.,

                              Defendant.
------------------------------------------------------------X

CIVIL ACTION
Case No. 07 CIV 8452 (BSJ)

**STIPULATION TO EXTEND**
**EXTEND TIME TO ANSWER**

       IT IS HEREBY STIPULATED and agreed by the attorneys for plaintiff and defendant Novapro Risk Solutions, LP f/k/a/ Ward North America Holding, Inc. d/b/a Ward North America, Inc. ("Ward North America"), that the time for defendant Ward North America to appear and answer the complaint be extended to and including December 13, 2007;

MICROFILM   NOV 13 2007  -3:02 PM

Returned to chambers for scanning on 11/16/07.
Scanned by chambers on _____.



It is further stipulated that a facsimile copy of this Stipulation shall have the same binding effect as the original.

Dated: November 7, 2007

FOX ROTHSCHILD, LLP

By: _____
Daniel A. Schnapp (DS 3484)
*Attorneys for Plaintiff*
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900

KAUFMAN BORGEEST & RYAN LLP

By: _____
Joan M. Gilbride, Esq.(JG 6238)
*Attorneys for Defendant*
99 Park Avenue, 19th Floor
New York, New York 10016
(212) 980-9600

SO ORDERED:

_____
Hon. Barbara S. Jones
11/13/07