UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

JOEL S. ARIO, in his official capacity as Acting
Insurance Commissioner of the Commonwealth of
Pennsylvania, as statutor Liquidator of Reliance
Insurance Company (in Liquidation),

        Plaintiff,

-against-

NOVAPRO RISK SOLUTIONS, L.P., formerly
known as Ward North America Holding, Inc. d/b/a
Ward North America, Inc.,

        Defendant.
---------------------------------------- x

07 Civ. 8452 (BSJ) (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for November 30, 2007 at 10:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:    New York, New York
            November 26, 2007

                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies **by fax & ECF** to:    Gerald E. Arth, Esq.
                                    Daniel A. Schnapp, Esq.
                                    Joan M. Gilbride, Esq.
                                    Judge Barbara S. Jones