**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/07
```

JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutor
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)
1311 Strawberry Square
Harrisburg, Pennsylvania 17120

     Plaintiff,

  v.

NOVAPRO RISK SOLUTIONS, LP f/k/a
WARD NORTH AMERICA HOLDING,
INC. d/b/a WARD NORTH AMERICA,
INC.
401 West "A" Street, Suite 1400
San Diego, CA 92101

     Defendant.

Civil Action No. 07-cv-8452 (BSJ)

**ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE* ON WRITTEN MOTION**

  Upon the motion of John A. Wait, attorney for Plaintiff, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that
Cheryl Garber
Fox Rothschild LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
(215)345-7500
cgarber@foxrothschild.com

is admitted to practice *pro hac vice* as counsel for the Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/25/07
New York, New York:

            _____
            United States District Judge

NY1 63744v1 11/15/07