**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutor
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)
1311 Strawberry Square
Harrisburg, Pennsylvania 17120

      Plaintiff,

   v.

NOVAPRO RISK SOLUTIONS, LP f/k/a
WARD NORTH AMERICA HOLDING,
INC. d/b/a WARD NORTH AMERICA,
INC.
401 West "A" Street, Suite 1400
San Diego, CA 92101

      Defendant.



Civil Action No. 07-cv-8452 (BSJ)

**ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE* ON WRITTEN MOTION**

  Upon the motion of John A. Wait, attorney for Plaintiff, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that
Gerald Arth
Fox Rothschild LLP
2000 Market St., 10th Floor
Philadelphia, PA 19103
(215)299-2000
garth@foxrothschild.com

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/25/07
New York, New York:



United States District Judge

NY1 63672v1 10/31/07

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                          ) ss.:
COUNTY OF NEW YORK       )

       HEATHER WRENN, being duly sworn, deposes and says:

       I am not a party to the action, am over 18 years of age and employed by Fox Rothschild LLP.

       On November 16, 2007, I served a true copy of the within **Notice of Motion for Leave for Gerald Arth to Appear Pro Hac Vice** by causing such document to be delivered via First Class Mail to:

> Joan M. Gilbride, Esq.
> Kaufman, Borgeest & Ryan LLP
> 99 Park Avenue, 19th Fl.
> New York, NY 10016

                                             _____
                                             HEATHER WRENN

Sworn to before me this
16th day of November, 2007

_____
Notary Public

**MELISSA A. YOUNGMAN**
NOTARY PUBLIC-STATE OF NEW YORK
No. 02YO6120637
Qualified In New York County
My Commission Expires December 27, 2008

NY1 71840v1 11/16/07