UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOEL S. ARIO, in his official capacity as Acting
Insurance Commissioner of the Commonwealth of
Pennsylvania, as statutor Liquidator of Reliance
Insurance Company (in Liquidation),

        Plaintiff,

    -against-

NOVAPRO RISK SOLUTIONS, L.P., formerly
known as Ward North America Holding, Inc.
d/b/a Ward North America, Inc.,

        Defendant.

------------------------------------- x

07 Civ. 8452 (BSJ) (AJP)

RULE 16 INITIAL PRETRIAL
CONFERENCE ORDER



**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on November 30, 2007 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

        1.    All fact and expert discovery must be completed by May 30, 2008. Expert reports must be served by April 30, 2008. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due January 11, 2008. The parties shall discuss any issues with respect to electronic discovery before the next court conference.

        2.    Each party will notify this Court by June 3, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by June 20, 2008,

and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned.

3. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by June 20, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

4. A status conference will be held before the undersigned on January 25, 2008 at 10:00 a.m. in Courtroom 20D (500 Pearl Street).

5. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:   New York, New York
         November 30, 2007

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Daniel A. Schnapp, Esq.
                              Gerald E. Arth, Esq.
                              Joan M. Gilbride, Esq.
                              Judge Barbara S. Jones

C:\ORD\16RULES