UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutory
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)

CIVIL ACTION NO.:
07 CIV 8452

                          Plaintiff,

-against-

**RULE 7.1 STATEMENT**

NOVAPRO RISK SOLUTIONS, LP f/ka
WARD NORTH AMERICA HOLDING, INC.
d/b/a WARD NORTH AMERICA, INC.

                          Defendant.
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that Novapro Risk Solutions, LP f/k/a Ward North America Holding, Inc. d/b/a/ Ward North America, Inc. has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       December 12, 2007

                                 Respectfully submitted,

                                 KAUFMAN BORGEEST & RYAN LLP

                                 By:_____
                                 Joan M. Gilbride (JG 6238 )
                                 99 Park Avenue
                                 New York, New York 10016
                                 Telephone: (212) 980-9600
                                 Facsimile: (212) 980-9291
                                 Attorneys for Defendant
                                 Novapro Risk Solutions

666793-1

TO: Daniel A. Schnapp, Esq. (DS 3484)
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Attorneys for Joel S. Ario

666793-1