

**Fox Rothschild LLP**
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900 Fax 212.692.0940
www.foxrothschild.com

Daniel A. Schnapp
Direct Dial: (212) 878-7960
Email Address: dschnapp@foxrothschild.com



RECEIVED
JAN 23 2008
CHAMBERS OF
ANDREW J PECK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/08

**BY FAX**

January 23, 2008

**MEMO ENDORSED** 1/23/08

*Approved [illegible handwritten order] 212-805-0036 at the time [illegible]*

**VIA FACSIMILE (212) 805-7933**

The Honorable Magistrate Judge Andrew J. Peck
United States Courthouse
500 Pearl Street, Rm. 1370
New York, NY 10007

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Re: **Ario v. Novapro Risk Solutions, LP; Case No. 07-8452**

Dear Judge Peck:

As the Court is aware, we are the attorneys for plaintiff Joel S. Ario, in his official capacity as Acting Insurance Commissioner of the Commonwealth of Pennsylvania, as statutory Liquidator of Reliance Insurance Company, in the above-referenced matter.

We write to respectfully request that Gerald Arth, Esq. and Cheryl Garber, Esq. (both admitted *pro hac vice* on November 25, 2007) of this firm be permitted to appear telephonically at the status conference scheduled for this Friday, January 25, 2008, at 10:00 a.m. The reason for this request is that Mr. Arth and Ms. Garber are out-of-state counsel located in our Pennsylvania offices.

We thank the Court for its attention to this matter.

Respectfully submitted,

Daniel A. Schnapp (DS 3484)

cc: Gerald E. Arth, Esq.
Cheryl A. Garber, Esq.
Joan Gilbride, Esq.

NY1 100841v1 01/22/08

A Pennsylvania Limited Liability Partnership

California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: **January 23, 2008**                         Total Number of Pages: **3**

| TO | FAX NUMBER |
|---|---|
| Daniel A. Schnapp, Esq. | 212-692-0940 |
| Gerald E. Arth, Esq. <br> Cheryl A. Garber, Esq. | 215-299-2150 |
| Joan M. Gilbride, Esq. | 212-980-9291 |

# TRANSCRIPTION:

**MEMO ENDORSED 1/23/08**

Approved. All counsel appearing telephonically must be on the same line and should call 212-805-0036 at the time of the conference.

Copy to:    Judge Barbara S. Jones