# KAUFMAN BORGEEST & RYAN LLP

ATTORNEYS AT LAW

200 SUMMIT LAKE DRIVE
VALHALLA, NEW YORK 10595

TELEPHONE: 914-741-6100
FACSIMILE: 914-741-0025
www.kbrlaw.com

ANDREW S. KAUFMAN†
WAYNE E. BORGEEST
JULIANNA RYAN
LEE E. BERGER
LORETTA A. KREZ*
JOAN M. GILBRIDE††
JONATHAN D. RUBIN†
JUDITH M. FISHER*
A. MICHAEL FURMAN*
MICHAEL P. MEZZACAPPA*†
DOUGLAS J. FITZMORRIS
STEVEN D. WEINER
SCOTT A. SCHECHTER
CHRISTOPHER E. DIGIACINTO*
ANN MARIE COLLINS††
JONATHAN D. BRUNO*
PAUL J. COLUCCI
MARGARET J. DAVINO††
JEFFREY C. GERSON††
ROCCO P. MATRAO
JOHN B. MULLAHY*

OF COUNSEL:
MARIBETH SLEVIN
SHERRI M. FELDMAN°

APPELLATE COUNSEL
JACQUELINE MANDELL

JONATHAN R. HAMMERMAN
HEATHER LASCHEWER-
CAROL S. DOTY†††
BARBARA-ANN M. COSTELLO
MELINDA B. MARGOLIES*
JEFFREY S. WHITTINGTON°
ELIZABETH O'BRIEN TOTTEN
RICHARD A. PRETI
REBECCA KILDUFF
KRISTOPHER M. DENNIS*
CHRISTINE HEENAN
BELINDA DODDS-MARSHALL*
JULIE A. KEEGAN
STEPHANIE B. GITNIK
JEFFREY W. KLEINER*
JENNIFER BIRNBAUM
MICHAEL R. JANES
R. EVON HOWARD*
LEONARD B. COOPER††
ANDREW R. JONES
JAMES T. DE SILVA

KEITH L. KAPLAN††
VINCENT C. ANSALDI††
DAVID J. VARRIALE*††
DOUGLAS J. DOMSKY
TIMOTHY F. MCCARTHY*
JEFFREY A. GRALNICK
TRACEY REISER-PERTOSO††
KATHERINE J. O'BRIEN††
DAMIEN SMITH
ANDREW S. KOWLOWITZ*
MATTHEW M. FERGUSON*
D. RYAN BLOOMQUIST
CRISTINA LA MARCA
EDWARD R. NORIEGA°
MATTHEW SPERGEL
PAUL T. CURLEY
ROBERT A. BENJAMIN*
KATHRYN C. COLLINS
JANINE C. CIALLELLA††
ELAN R. KANDEL*††
BRIAN M. SHER*
PAIGE E. COOPERMAN
MARGARET M. O'CONNOR
JOSHUA P. SANDBERG

THOMAS L. CALLIVAN
EILEEN R. FULLERTON††
DENNIS J. DOZIS*
LYNN M. DUKETTE
RISA D. TARKOFF*
MILLI SHAH*
KATHRYN M. WALSH
LAURA B. JUFFA
KATELIN B. O'ROURKE
BETSY PHILIP
SARA K. WALKER
KERI B. WAISERSTEIN*
REMI D. FLAISHMAN*
MELISSA A. MANNING°
THOMAS LOOKSTEIN
MICHAEL NERI
ROBERT F. PEKETE
LORRAINE C. SYLVESTER*
JESSICA MOLINARES

† ALSO ADMITTED IN PA
* ALSO ADMITTED IN NJ
‡ ALSO ADMITTED IN DC
†† ALSO ADMITTED IN CT
° ALSO ADMITTED IN MA
◊ ALSO ADMITTED IN TX
* ALSO ADMITTED IN FL
" ALSO ADMITTED IN CA
— ADMITTED IN NJ ONLY
— ADMITTED IN CA ONLY
— ADMITTED IN ENGLAND & WALES

January 23, 2008

<u>**VIA FACSIMILE (212) 805-7933**</u>

The Honorable Magistrate Judge Andrew J. Peck
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 1/24/08]

Re:   Ario v. Novapro Risk Solutions, LP ; Case No. 07-8452

Dear Judge Peck:

This firm represents defendant Novapro Risk Solutions, LP in the captioned matter. We write to respectfully request that this firm be permitted to appear telephonically at the status conference scheduled for Friday, January 25, 2008 at 10:00 a.m.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride

cc:   Daniel A. Schnapp, Esq. *(via e-mail)*
      Gerald E. Arth, Esq.
      Cheryl A. Garber, Esq.

[Stamp: RECEIVED JAN 23 2008 CHAMBERS OF ANDREW J. PECK]

**BY FAX**

**MEMO ENDORSED**

Application granted w/ 1/24/08. All other counsel to call counsel appearing telephonically and are in list, + dial in 212-805-0286.

SO ORDERED

Hon. Andrew Jay Peck
United States Magistrate Judge

NEW YORK CITY · WESTCHESTER · LONG ISLAND · NEW JERSEY · CALIFORNIA

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** January 24, 2008                    **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Daniel A. Schnapp, Esq. | 212-692-0940 |
| Gerald E. Arth, Esq.<br>Cheryl A. Garber, Esq. | 215-299-2150 |
| Joan M. Gilbride, Esq. | 212-980-9291 |

# TRANSCRIPTION:

**MEMO ENDORSED 1/24/08**

Approved. Coordinate with all other counsel so all counsel appearing telephonically are on one line, and then call 212-805-0036.

Copy to:   Judge Barbara S. Jones