UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL S. ARIO, in his official capacity as Acting Insurance Commissioner of the Commonwealth of Pennsylvania, as statutor Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>NOVAPRO RISK SOLUTIONS, LP f/k/a WARD NORTH AMERICA HOLDING, INC. d/b/a WARD NORTH AMERICA, INC.<br><br>Defendant. | Civil Action No. 07-cv-8452<br><br>NOTICE OF DISMISSAL |

PLEASE TAKE NOTICE the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: February 22, 2008
      New York, New York

FOX ROTHSCHILD LLP
Attorneys for Plaintiff

100 Park Avenue, Suite 1500
New York, New York 10017
Attn: Daniel A. Schnapp, Esq.
(212) 878-7900

By: /s/ Daniel A. Schnapp
    Daniel A. Schnapp (DS 3484)