

**Fox Rothschild** LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

Daniel A. Schnapp
Direct Dial: (212) 878-7960
Email Address: dschnapp@foxrothschild.com

February 25, 2008

**MEMO ENDORSED** 2/25/08

The conf. to be upped. to 3/6
at 9:30 telephone status conf is
reinstated.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

VIA FACSIMILE (212) 805-7933

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**BY FAX**

Re:  Ario v. Novapro Risk Solutions, LP f/k/a Ward North America Holding, Inc. d/b/a Ward North America, Inc.; Civil Action No. 07-cv-8452

Dear Judge Peck:

We represent the plaintiff in the above-referenced case. On February 22, 2008, we inadvertently filed a Notice of Dismissal in this case (ECF docket no. 20). As I advised your clerk this afternoon, this case has not been dismissed.

We have since notified Judge Barbara Jones, our adversary and the Clerk of the Court of this inadvertent error. Enclosed is the letter hand delivered to the Clerk of the Court requesting the withdrawal of this docket entry.

We thank the Court for its attention to this matter.

Respectfully submitted,

Daniel A. Schnapp (DS 3484)

Enclosure

cc:   Gerald Arth, Esq. (via email)
      Joan M. Gilbride, Esq. (via email)

NY1 107216v1 02/25/08

A Pennsylvania Limited Liability Partnership

California   Delaware   Florida   Nevada   New Jersey   New York   Pennsylvania



# Fox Rothschild LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

Daniel A. Schnapp
Direct Dial: (212) 878-7960
Email Address: dschnapp@foxrothschild.com

February 25, 2008

**VIA HAND DELIVERY**
Clerk of the Court
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

Re: Ario v. Novapro Risk Solutions, LP f/k/a Ward North America Holding, Inc. d/b/a Ward North America, Inc.; Civil Action No. 07-cv-8452

Dear Sir or Madam:

This Firm represents the plaintiff in the above-referenced case. On February 22, 2008, we inadvertently filed a Notice of Dismissal in this case (ECF docket no. 20). Please withdraw this docket entry, as this case should not be dismissed.

Please feel free to call or email me with any questions. Thank you.

Sincerely yours,

Daniel A. Schnapp

cc: Gerald Arth, Esq.
Joan M. Gilbride, Esq.

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated: **February 25, 2008**                 Total Number of Pages: **3**

| TO | FAX NUMBER |
|---|---|
| Daniel A. Schnapp, Esq. | 212-754-6262 |
| Gerald E. Arth, Esq. | 215-299-2150 |
| Joan M. Gilbride, Esq. | 212-980-9291 |

**MEMO ENDORSED 2/25/08**

The case is to be reopened; the 3/6 at 9:30 AM telephonic status conf. is reinstated.

Copy to:   Judge Barbara S. Jones