UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL S. ARIO, in his official capacity as
Acting Insurance Commissioner of the
Commonwealth of Pennsylvania, as statutory
Liquidator of RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)

        Plaintiff,

v.

NOVAPRO RISK SOLUTIONS, LP f/k/a
WARD NORTH AMERICA HOLDING, INC.
d/b/a WARD NORTH AMERICA, INC.

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/27/08

Civil Action No. 07 CIV 8452 (BSJ)(AJP)

REVISED SCHEDULING ORDER

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the May 22, 2008 joint request of the parties, IT IS HEREBY ORDERED THAT the Court's November 30, 2007 Rule 16 Initial Pretrial Conference Order shall be revised as follows:

1. Each party will notify this Court by July 3, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by July 18, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned.

2. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by July 18, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

3. No further extensions will be given — absent completion of all depositions. [handwritten]

SO ORDERED.

DATED:  New York, New York
        May 27, 2008

_____
Andrew J. Peck
United States Magistrate Judge

HON. ANDREW J. P...
United States Magis...
Southern District of ...

**BY FAX**

Copies by fax & ECF to:  Daniel A. Schnapp, Esq.
                         Gerald E. Arth, Esq.
                         Cheryl A. Garber, Esq.
                         Joan M. Gilbride, Esquire
                         Judge Barbara S. Jones

2

DT1 810456v1 05/22/08

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** May 27, 2008                    **Total Number of Pages:** ____

| TO | FAX NUMBER |
|---|---|
| Daniel A. Schnapp, Esq. | 212-754-6262 |
| Gerald E. Arth, Esq.<br>Cheryl A. Garber, Esq. | 215-299-2150 |
| Joan M. Gilbride, Esq. | 212-980-9291 |
|  |  |

# TRANSCRIPTION:

[New ¶ 3]:

3.   No further extensions will be given – settle or complete the litigation process.


**Copy to:**   Judge Barbara S. Jones