# KAUFMAN BORGEEST & RYAN LLP

**ATTORNEYS AT LAW**

ANDREW S. KAUFMAN†
WAYNE E. BORGEEST
JULIANNA RYAN
LEE E. BERGER
LORETTA A. KREZ*
JOAN M. GILBRIDE††
JONATHAN D. RUBIN‡
JUDITH M. FISHER*
A. MICHAEL FURMAN*
MICHAEL P. MEZZACAPPA*‡
DOUGLAS J. FITZMORRIS
STEVEN D. WEINER
SCOTT A. SCHECHTER
CHRISTOPHER E. DiGIACINTO*
JONATHAN B. BRUNO±
PAUL J. COLUCCI
MARGARET J. DAVINO*††
JEFFREY C. GERSON††
ROCCO P. MATRA◇
JOHN B. MULLAHY*
MELINDA B. MARGOLIES±
JEFFREY S. WHITTINGTON○
CHRISTINE HEENAN

OF COUNSEL:
MARIBETH SLEVIN
SHERRI M. FELDMAN□

APPELLATE COUNSEL:
JACQUELINE MANDELL

JONATHAN R. HAMMERMAN
HEATHER LASCHEWER*
CAROL S. DOTY†††
BARBARA-ANN M. COSTELLO
ELIZABETH O'BRIEN TOTTEN
RICHARD A. PRETTI
REBECCA KILDUFF
KRISTOPHER M. DENNIS*
BELINDA DODDS-MARSHALL*‡
JULIE A. KEEGAN
STEPHANIE B. GITNIK
JENNIFER BIRNBAUM
MICHAEL R. JANES
R. EVON HOWARD☆
LEONARD B. COOPER††
ANDREW R. JONES
KEITH L. KAPLAN††
VINCENT C. ANSALDI††
DAVID J. VARRIALE*††
DOUGLAS J. DOMSKY

200 SUMMIT LAKE DRIVE
VALHALLA, NEW YORK 10595

TELEPHONE: 914-741-6100
FACSIMILE: 914-741-0025
www.kbrlaw.com

TIMOTHY E. MCCARTHY■
JEFFREY A. GRALNICK
TRACEY REISER-PERTOSO††
KATHERINE J. O'BRIEN††
DAMIEN SMITH
ANDREW S. KOWLOWITZ*◆
MATTHEW M. FERGUSON◆
D. RYAN BLOOMQUIST
CRISTINA LA MARCA
EDWARD R. NORIEGA□
MATTHEW SPERGEL
PAUL T. CURLEY
ROBERT A. BENJAMIN*
KATHRYN C. COLLINS
JANINE C. CIALLELLA††
ELAN R. KANDEL*††
BRIAN M. SHER*
MARGARET M. O'CONNOR
JOSHUA B. SANDBERG
EILEEN R. FULLERTON††
DENNIS J. DOZIS*
LYNN M. DUKETTE
RISA D. TARKOFF*
MILLI SHAH*
KATHRYN M. WALSH
LAURA B. JUFFA

KATELIN B. O'ROURKE
BETSY PHILIP
SARA K. WALKER
KERI B. WASSERSTEIN*
REMI D. FLAISHMAN*
MELISSA A. MANNING*
THOMAS LOOKSTEIN
ROBERT E. FEKETE
JULIE A. MICKIEWICZ††
LORRAINE C. SYLVESTER■
JESSICA MOLINARES
JENNIFER M. HAMILTON
ANN MARIE M. ANDREWS*
BAIN R. LOUCKS*

† ALSO ADMITTED IN PA
* ALSO ADMITTED IN NJ
‡ ALSO ADMITTED IN DC
†† ALSO ADMITTED IN CT
± ALSO ADMITTED IN MA
◇ ALSO ADMITTED IN TX
◆ ALSO ADMITTED IN FL
○ ALSO ADMITTED IN CA
■ ADMITTED IN NJ ONLY
□ ADMITTED IN CA ONLY
☆ BARRISTER AT LAW
   ADMITTED IN ENGLAND & WALES

June 11, 2008

**VIA ECF and FACSIMILE**

Honorable Andrew J. Peck
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St., Room 1370
New York, New York 10007

Re:    *Joel S. Ario v. NovaPro Risk Solutions, LP* (Case No.: 07-8452)

Dear Judge Peck:

Our office represents the defendant, NovaPro Risk Solutions, LP, in the above-referenced matter. We write with the consent of plaintiff's counsel to advise the Court that the parties have reached a resolution in this matter. The parties are currently preparing a Settlement Agreement detailing the terms of the resolution. We expect that the Settlement Agreement will be finalized within the next fifteen (15) days. Following execution of the Settlement Agreement, the parties will file a Stipulation of Dismissal requesting dismissal of this action with prejudice, and will request the Court's approval of that Stipulation at that time.

At present, we request that the Court hold this matter open for fifteen (15) days, until June 26, 2008, to allow the parties sufficient time to finalize and execute the Settlement Agreement. Please do not hesitate to contact the undersigned with any questions.

Respectfully submitted,

Joan M. Gilbride

737183-1

NEW YORK CITY • WESTCHESTER • LONG ISLAND • NEW JERSEY • CALIFORNIA

cc:    Cheryl A. Garber
       FOX ROTHSCHILD LLP
       Attorneys for Plaintiff
       (*via ECF and electronic mail*)

KAUFMAN BORGEEST & RYAN LLP