UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

JOEL S. ARIO, in his official capacity as Acting :
Insurance Commissioner of the Commonwealth
of Pennsylvania, as statutor Liquidator of :
Reliance Insurance Company (in Liquidation),
:
        Plaintiff,

    -against- :

NOVAPRO RISK SOLUTIONS, L.P., formerly :
known as Ward North America Holding, Inc.
d/b/a Ward North America, Inc., :

        Defendant.
:
------------------------------------ x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC# _____**
**DATE FILED: 6/11/08**

07 Civ. 8452 (BSJ) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
           June 11, 2008

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Daniel A. Schnapp, Esq.
                                 Gerald E. Arth, Esq.
                                 Joan M. Gilbride, Esq.
                                 Judge Barbara S. Jones

C:\ORD\Dismiss.AJP

# KAUFMAN BORGEEST & RYAN LLP

ATTORNEYS AT LAW

200 SUMMIT LAKE DRIVE
VALHALLA, NEW YORK 10595

TELEPHONE: 914-741-6100
FACSIMILE: 914-741-0025
www.kbrlaw.com



RECEIVED
JUN 11 2008
CHAMBERS OF
ANDREW J. PECK

June 11, 2008

**VIA ECF and FACSIMILE**

Honorable Andrew J. Peck
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St., Room 1370
New York, New York 10007

Re: *Joel S. Ario v. NovaPro Risk Solutions, LP* (Case No.: 07-8452)

Dear Judge Peck:

Our office represents the defendant, NovaPro Risk Solutions, LP, in the above-referenced matter. We write with the consent of plaintiff's counsel to advise the Court that the parties have reached a resolution in this matter. The parties are currently preparing a Settlement Agreement detailing the terms of the resolution. We expect that the Settlement Agreement will be finalized within the next fifteen (15) days. Following execution of the Settlement Agreement, the parties will file a Stipulation of Dismissal requesting dismissal of this action with prejudice, and will request the Court's approval of that Stipulation at that time.

At present, we request that the Court hold this matter open for fifteen (15) days, until June 26, 2008, to allow the parties sufficient time to finalize and execute the Settlement Agreement. Please do not hesitate to contact the undersigned with any questions.

Respectfully submitted,

Joan M. Gilbride

737183-1

NEW YORK CITY · WESTCHESTER · LONG ISLAND · NEW JERSEY · CALIFORNIA